
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MELVIN BILLY, individually and as Personal Representative of the ESTATE OF JANICE KAY BILLY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Cause No: CV 21-76-GF-BMM<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation for Dismissal that has been filed, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees. All deadlines are vacated.

DATED this 10th day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court